UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 14-80079-CV-MIDDLEBROOKS/BRANNON

SIMONE MILLER,

       Plaintiff,

v.

ETHAN ALLEN RETAIL, INC. and
DEBORAH GRIFFITH,

       Defendants.

_____/

## DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Defendants, Ethan Allen Retail, Inc. ("Ethan Allen") and Deborah Griffith ("Griffith"), file this Opposition to the Motion for Leave to Withdraw as Counsel of Record for Plaintiff by Militzok & Levy, P.A. and respectfully state as follows:

As the Court is aware, there is an aggressive Pretrial Scheduling Order in place for this case, which includes a trial date of August 11, 2014, a discovery deadline of May 19, 2014 and a pretrial motion deadline of June 2, 2014.   Defendants have already served written discovery, which is due shortly, and noticed Plaintiff for her deposition, which is scheduled to take place on March 7, 2014.   Ethan Allen has also voluntarily produced all time records and tendered payment to Plaintiff through Militzok & Levy, P.A. of $414.00, which is twice the maximum amount Plaintiff could be owed, including liquidated damages.[1]

_____

[1] Defendants do not concede that Plaintiff is entitled to anything – Plaintiff's own handwritten sign in sheets actually reflect that Plaintiff was overpaid throughout the course of employment. Nevertheless, if her handwritten sign-in sheets are accurate (as opposed to the electronic time records she input into the computer), there could potentially be 3 total hours of overtime during her employment for which she was not compensated.

Although they first rely upon "irreconcilable differences," as the basis for their Motion to Withdraw, Militzok & Levy, P.A. later admit that Plaintiff is not communicating with them and assert this as the basis for their Motion to Withdraw.  Brian Militzok has stated to the undersigned that he has not spoken with Plaintiff and does not expect her to appear for her deposition on March 7, 2014.

Although Defendants are sympathetic to the position of Militzok & Levy, P.A., the situation with which we are faced is that of a Plaintiff refusing or otherwise being unable to participate in the discovery and litigation process.[2]  Under those circumstances, the proper remedy is dismissal without prejudice of the lawsuit.  It is worth noting that Plaintiff's start date with Ethan Allen was in April 2013, meaning that she would still have two years to re-file her claim following a dismissal before the statute of limitations has any effect on her claim. Allowing this case to linger while Plaintiff fails to participate in discovery, particularly given the upcoming deadlines, unfairly prejudices Defendants, who have already been required to defend a case by a Plaintiff who is either unwilling or unable to pursue it.

Accordingly, Defendants respectfully request that the Motion for Leave to Withdraw as Counsel be denied and that Plaintiff's lawsuit be dismissed without prejudice.

Date: March 6, 2014                          Respectfully submitted,

                                        By:     s/Steven A. Siegel
                                                Steven A. Siegel
                                                Fla. Bar No. 497274
                                                ssiegel@laborlawyers.com
                                                FISHER & PHILLIPS LLP
                                                450 East Las Olas Boulevard
                                                Suite 800
                                                Fort Lauderdale, FL 33301
                                                Telephone (954) 525-4800
                                                Facsimile (954) 525-8739
                                                *Attorneys for Defendants*

---

[2] Militzok & Levy, P.A. assert that Plaintiff "may be being held in upstate New York" for a third degree felony.

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on **March 6, 2014** a true and correct copy of the foregoing **DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** was served by electronic and United States Mail, First Class, postage on all counsel or parties of record on the attached service list.

/s/Steve A. Siegel
Steve A. Siegel
Fla. Bar No. 497274
ssiegel@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorneys for Defendants*

<u>**SERVICE LIST**</u>

**United States District Court – Southern District of Florida
CASE NO: 14-80079-CV-MIDDLEBROOKS/BRANNON
Simone Miller v. Ethan Allen Retail, Inc. and Deborah Griffith**

Brian J. Militzok, Esquire
bjm@mllawfl.com
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road
Suite 1
Hollywood, Florida 33021
Telephone (954) 727-8570
Facsimile (954) 514-6857

*Attorneys for Plaintiff*

Steve A. Siegel, Esquire
ssiegel@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys for Defendants*